IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRECE DEPEW and SUESONIE CHENEY,<br><br>      Plaintiffs,<br><br>v.<br><br>SHOPKO STORES, INC.,<br><br>      Defendant.<br>_____ | Case No. CV-03-0539-S-BLW<br><br>**JUDGMENT** |

In accordance with the Findings of Fact and Conclusions of Law filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Plaintiffs are not entitled to overtime pay under the Fair Labor Standards Act, that their complaint is hereby DISMISSED, and that this Judgment is hereby entered on behalf of defendant ShopKo Stores, Inc.

DATED: **May 30, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**